UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MASSACHUSETTS

C.A. NO.

| | |
|---|---|
| JANET M. BUTLER, <br> Plaintiff, <br><br> V. <br><br> MARK S. BEATON, Individually and in his capacity as a Member of the BOARD OF SELECTMEN OF THE TOWN OF KINGSTON, PAUL GALLAGHER, OLAVO B. DEMACEDO, JOSEPH D. KELLEHER, RICHARD E. KENNEY in their capacities as Members of the BOARD OF SELECTMEN OF THE TOWN OF KINGSTON AND TOWN OF KINGSTON, <br> Defendants. | FILING FEE PAID: <br> RECEIPT # 55562 <br> AMOUNT $ _____ <br> BY DPTY CLK _____ <br> DATE _____ <br><br> **04 11971 GAO** |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter our Notice of Appearance for all named Defendants in the above-entitled matter.

Respectfully submitted,
Defendants,
By their attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on ___9/10/04___

_____
Leonard H. Kesten, BBO# 542042
Thomas P. Campbell, BBO# 564124
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 10, 2004