UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANET M. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11971-GAO |
| | ) | |
| MARK S. BEATON, Individually and in his capacity as a Member of the BOARD OF SELECTMEN OF THE TOWN OF KINGSTON, et al., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESCHEDULED HEARING

Please take notice that oral argument on the motion for judgment on the pleadings has been rescheduled to **Thursday, October 7, 2004, at 3:00 P.M.** before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor. Final pleadings remain due on October 4, 2004.

TONY ANASTAS,
CLERK OF COURT

  / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED: September 21, 2004