UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11971-GAO

JANET M. BUTLER, )
 )
      Plaintiff, )
VS. )
 )
 )
 )
MARK S. BEATON, Individually and in his capacity )
as a Member of the BOARD OF SELECTMEN OF )
THE TOWN OF KINGSTON, )
PAUL M. GALLAGHER, OLAVO B. DEMACEDO, )
JOSEPH D. KELLEHER, RICHARD E. KENNEY )
in their capacities as Members of the )
BOARD OF SELECTMEN OF THE TOWN OF KINGSTON )
and TOWN OF KINGSTON, )
 )
      Defendants. )

EXHIBIT 2

VIDEOTAPE OF BOARD OF SELECTMEN MEETING – JUNE 1, 2004

WILL BE HAND DELIVERED TO COURT ON OCTOBER 5, 2004

                    Respectfully submitted,
                    The Defendants,
                    By their attorneys,


                    /s/ Leonard H. Kesten
                    Leonard H. Kesten, BBO #542042
                    Thomas P. Campbell, BBO #564124
                    Brody, Hardoon, Perkins & Kesten, LLP
                    One Exeter Plaza, 12th Floor
                    Boston, MA 02116
                    (617) 880-7100

Dated: October 4, 2004