## ZBA ATTENDENCE
### January 9, 2003 to August 4, 2004

| DATE | Kuzborski | Gleason | Palombo | Donnelly | Mazzilli | Butler |
|------|-----------|---------|---------|----------|----------|--------|
| 8/4/04 | Haas-X | X | X | X | X | X |
| 7/28/04 | Mello-X | X | X* | X | X | |
| 7/21/04 | | X | X | X | X | X |
| 7/7/04 | | X | X | X | | X |
| 6/23/04 | | X | X | | X | X |
| 6/16/04 | X | | X | | X | X |
| 6/2/04 | X | X | X | | | X |
| 5/5/04 | X | X | | X | X | X |
| 4/21/04 | X | X | X | X | X | X |
| 4/14/04 | X | X | | X | X | X |
| 4/7/04 | X | X | X | X | X | |
| 3/17/04 | X | X | X | X | | X |
| 3/3/04 | X | X | X | X | X | X |
| 2/18/07 | X | | | X | X | X |
| 2/4/04 | X | X | X | X | X | |
| 1/21/04 | X | X | X | X | X | X |
| 12/17/03 | X | X | X | X | X | X |
| 12/3/03 | X | X | X | X | X | |
| 11/19/03 | X | X | X | X | X | |
| 11/5/03 | X | X | | X | X | X |
| 10/15/03 | | X | X | X | X | X |
| 10/1/03 | X | X | X | | X | X |
| 9/17/03 | X | X | X | | X | X |
| 9/3/04 | | X | X | X | X | X |
| 8/20/03 | X | X | X | X | X | X |
| 7/22/03 | X | X | X | X | X | X |
| 7/2/03 | X | X | X | X | X | X |
| 6/18/03 | X | X | | X | X | X |
| 6/4/03 | X | X | X | X | | X |
| 5/21/03 | X | X | X | X | X | X |
| 4/16/03 | X | X | X | X | X | X |
| 4/02/03 | X | X | X | X | | |
| 3/19/03 | | X | X | X | X | X |
| 2/19/03 | X | X | X | X | X | |
| 2/5/03 | X | X | X | | X | X |
| 1/29/03 | X | X | | X | X | |
| 1/9/03 | X | X | X | X | X | X |

*On July 28, 2004 Mr. Palombo recused himself from Fountain Knoll 40B and on April 14 the Old Colony hearing commenced, Mr. Palombo was absent and therefore could not participate or vote.

X = Present at Meeting
Colored Block = Absent from Meeting