EXHIBIT 5

TOWN OF KINGSTON
BOARD OF SELECTMEN

MINUTES
June 15, 2004

Chairman Mark S. Beaton opened the meeting of the Board of Selectmen held on June 15, 2004 at 7:30 p.m. in Room 200 at the Town House, 26 Evergreen Street, Kingston. Present were Vice Chairman Paul M. Gallagher, Olavo B. DeMacedo, Joseph D. Kelleher, and Town Administrator Kevin R. Donovan. Selectman Kenney was absent.

The Chairman announced the dates to note and opened the Open Forum.

The Town Clerk conducted a swearing in ceremony of Timothy Ballinger as Police Sergeant and Maurice Splaine as Police Lieutenant.

Daune Frey, Chairman of the Heritage Center Development Committee thanked the Board for supporting the restoration work being done at the Adams Library and advised the Board of additional grant funds that have been awarded from MA Historic Commission.

Janet Butler of 47 Grove Street read a statement to the Board regarding her attendance at Zoning Board of Appeals meetings. She stated that she felt the meeting attendance that was reported was inaccurate and that she questioned why only three Boards were singled out for scrutiny regarding attendance by its members. Mr. Beaton advised that he had requested the information and did so to due to the importance of having a full Board to hear the 40B applications.

Ronald Maribett, 269 Elm Street advised the Board that a new Kiwanis Club for Kingston and Duxbury had its first meeting this evening. He also reported that Jones River Marina Ecology Center was having an event on Saturday.

Norman Tucker, President of Jones River Village Historical Society advised that Board that the Garden Tour would take place on Saturday and Sunday.

Town Counsel Jason Talerman was present to give the Board an overview of the process for review of Chapter 40B applications. He detailed the role of the ZBA and the tremendous workload through a complicated review process. He stated that the ZBA wears the hat of all local permitting Boards; Planning Board for site plan review, Conservation Commission, and Board of Selectmen. He encouraged that Boards continue to put comments into the ZBA during the hearing and review process. Attorney Talerman discussed the formula for achieving the Town's annual affordable housing quota.

When asked about review of financial report of the 40B applicant, Attorney Talerman suggested it would be appropriate and beneficial to hire someone to review the report and it would be within the bounds of the review process and the expense could be paid by the developer/applicant.