

# TOWN OF KINGSTON

*Office of the Board of Selectmen*
*Town House*
26 Evergreen Street
Kingston, Massachusetts 02364

Tel: 781-585-0500
Fax: 781-585-0534

*Board of Selectmen*
Mark S. Beaton, Chairman
Paul M. Gallagher, Vice Chairman
Olavo B. DeMacedo
Joseph D. Kelleher
Richard E. Kenney

*Town Administrator*
Kevin R. Donovan



August 17, 2004

Ms. Janet Butler
47 Grove Street
Kingston, MA 02364

Dear Ms. Butler:

This is to serve as official notification that in accordance with the provisions of M.G.L. chapter 40A, section 12, the Board of Selectmen will hold a public hearing to show cause as to why you should not be removed as a member of the Zoning Board of Appeals.

The reason for this action is that;

1) On July 7, 2004, you participated in and allowed a vote on a special permit to continue after being informed that the vote was not valid causing the petitioner to reapply.
2) You have been absent three meetings of the ZBA in the last six months, in violation of the Selectmen's policy on attendance for committee and board members.

The hearing will take place on Tuesday, August 24, 2004, in Room 200, at the Town House beginning at 8:00 p.m. You are entitled to be represented by counsel, at your expense, present evidence and cross-examine witnesses.

Very truly yours,

Kevin R. Donovan
Town Administrator