UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET M. BUTLER,                          )
                                          )
            Plaintiff,                    )          CIVIL ACTION
      v.                                  )          NO. 04-11971-GAO
                                          )
MARK S. BEATON, Individually              )
and in his capacity as a Member of        )
the BOARD OF SELECTMEN OF                 )
THE TOWN OF KINGSTON, et al.,             )
                                          )
            Defendant.                    )

## NOTICE OF RESCHEDULED HEARING

Please take notice that, at the plaintiff's request, oral argument on the motion for

judgment on the pleadings has been rescheduled to **Friday, October 8, 2004, at 3:00**

**P.M.** before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

                              TONY ANASTAS,
                              CLERK OF COURT


                               / s / Jolyne D'Ambrosio
                              By:  Deputy Clerk

DATED:  October 5, 2004