

Tel: 781-585-0500
Fax: 781-585-0534

# TOWN OF KINGSTON
*Office of the Board of Selectmen*
*Town House*
*26 Evergreen Street*
*Kingston, Massachusetts 02364*

Board of Selectmen
Mark S. Beaton, Chairman
Paul M. Gallagher, Vice Chairman
Olavo B. DeMacedo
Joseph D. Kelleher
Richard E. Kenney

Town Administrator
Kevin R. Donovan



## POLICY ON ATTENDANCE
## FOR COMMITTEES, BOARDS AND COMMISSIONS
## APPOINTED BY THE BOARD OF SELECTMEN

Any appointed official who serves on a multiple member board or commission shall attend all sessions of the board or commission for the respective term of office to which the person has been appointed. Officials who miss three meetings in a six month period shall be reported to the Office of the Board of Selectmen, by the respective chairman of the committee, and, after inquiry with the official, the Board of Selectmen may either request the resignation of the official, or, remove the official from office for failure to discharge the duties of office to which the official has been appointed.

Nothing in this policy shall be construed as to remove an official from office, if in the opinion of the Board of Selectmen, that the reasons for absence have sufficient merit and the official is expected to return to his/her duties.

Adopted by the Board of Selectmen
November 6, 2001

TOWN OF KINGSTON
BOARD OF SELECTMEN

6 November 2001

AGENDA

DATES TO NOTE:

Nov 18   Musical Benefit sponsored by The Kingston Boy Scout Troop Kingston Intermediate School Auditorium (see notice in book)

Nov 18   Autumn Fest to benefit the September 11th Fund at Reed Community Bldg. (see notice in book)

APPOINTMENTS:
7:30 PM   Open Forum
8:00 PM   Classification Hearing

TOWN ADMINISTRATOR'S REPORT

MINUTES:
Public & Executive Session – October 9 & 23, 2001

OLD BUSINESS:
1. Committee Vacancies - Appointments
2. Potassium Iodide Pills (RK)
3. Committee to recommend alternate Annual Town Meeting date

NEW BUSINESS:
1. Appointment of Nancy Howlett as Parking Clerk
2. Policy for Attendance at Meeting
3. Request for Zoning Change
4. Discussion of Articles for STM
5. Schedule for FY03 Budget process

EXECUTIVE SESSION
1. Negotiations
2. Grievance

TOWN OF KINGSTON
BOARD OF SELECTMEN

MINUTES
6 November 2001

Chairman Richard E. Kenney opened the meeting of the Board of Selectmen at 7:30 p.m. at the Faunce School on 6 November 2001. Present were Mark S. Beaton, George D. Cravenho, Richard P. Cretinon and Kevin R. Donovan, Town Administrator.

The Chairman announced the dates to note.

The Chairman opened the Open Forum. Jack Hurley representing the Community Center Building Committee came forward and requested the Boards support for the Special Town Meeting debt exclusion warrant article for additional funding. He advised the Board that the Special Town Meeting would be well attended with parents of the children who will use the fields. Tony Borelli, another member of the Committee detailed the reason for bringing this forward now in order to have the irrigation system in place for the spring planting.

Upon motion made and seconded, following a discussion and a 3 to 0 to 1 vote, it was—

> VOTED: To rescind the vote not to put any debt exclusion articles on the November 28th Special Town Meeting, to open the warrant to place the debt exclusion warrant articles for additional funding for the Pottle Street Fields on the warrant and to set a Special Election date of December 15, 2001 with the poles open from 8:00 a.m. to 6:00 p.m.

Mr. Beaton abstained from voting.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED: To place the debt exclusion warrant article for additional funding for the Town House on the Special Town Meeting Warrant, and further;
>
> VOTED: To close the Special Town Meeting warrant.

John Creed, representing the Mobile Home Association came forward and requested that the rent control article be placed as early as possible on the warrant.

Chief Jon Alberghini, KEMA Director advised the Board that the Emergency Plan did not have a provision for marking the evacuation route. He requested the Board's permission to erect evacuation route signs marking the route.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED: To authorize Chief Alberghini to proceed with placing the evacuation route signs and further;

VOTED:     To appoint Robert Pinato and William Kavol to the Commission on Disability, and further;

VOTED:     To appoint Robert Pinato as the Town's representative to the National Organization on Disabilities, and further;

VOTED:     To appoint Robert Ward to the Insurance Advisory Committee.

The Chairman announced the Committee vacancies.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

VOTED:     To accept the public and executive session minutes of October 9 and 23, 2001.

Mr. Beaton outlined the recommendation of the Committee reviewing an alternative Town Meeting date. Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

VOTED:     To accept the recommendation of the Committee as follows;

- To place an article on the warrant to hold the Annual Town Meeting on the first Saturday in April and the Annual Town Election of the fourth Saturday in April;
- To request CATV to tape delay the session and not show live;
- To motion to be entertained after 3:00 p.m., at a Saturday session and not after 10:00 p.m. at an evening session;
- Youth and Church groups be requested to limit activities on days of Town Meetings;
- The Selectmen work to organize an organization or Silver Lake Regional High School culinary program to offer lunch on the Saturday session.

At 8:00 p.m. the Chairman opened the public hearing that was continued from October 23, 2001. Board of Assessors members William Twohig, William Fairweather, William Martin an Administrative Assessor James Judge came forward for the hearing. Mr. Twohigr recommended the factor of "1" making the tax rate $14.04, give or take a penny. Mr. Beaton asked if a greater tax could be charged so that there would not need to be two debt exclusion questions on the warrant. Mr. Judge advised that they use a levy limit calculation sheet and could not change the formula used to calculate the tax rate of $14.04.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

VOTED:     To close the public hearing, and further;

VOTED:     To adopt the residential factor of "1" to be used by the Board of Assessors to determine the percentages of the Fiscal Year 2002 local tax levy to be borne by each class of real and personal property.

The Board reviewed the Town Administrator's report and noted that there would be a test of the Pilgrim Nuclear Station alert system on November 14th at 3:45 p.m. Mr. Beaton offered to put an announcement on the read-a-board at the Charlie Horse and requested other business with outside board to do the same.

Mr. Kenney advised that he gathered information from Duxbury and Plymouth regarding use and distribution of potassium iodide (K-I) in the event of a release from the nuclear power plant. He requested that the Board support sending letters to the State delegates to support supplying the K-I pill for all Kingston residents at the expense of the nuclear power plant.

Members of the Board expressed their concern in the method of dispensing and having it interfere with the evacuation process.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED:   To send letters to Representative O'Brien and Senator Murray requesting their support in providing the K-I pill to Kingston residents at the expense of the nuclear power plant and to send a letter to MEMA requesting their guidance in implementing a dispensing procedure.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED:   To rescind the vote to appoint Lynn Cook as the Parking Clerk and to appoint Nancy Howlett as the Parking Clerk.

The Board reviewed the recommendation of the Town Administrator for a policy regarding Committee attendance.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED:   To adopt the following policy;
>
> > Any appointed official who serves on a multiple member board or commission shall attend all sessions of the board or commission for the respective term of office to which the person has been appointed. Officials who miss three meetings in a six month period hall be reported to the Office of the Board of Selectmen, by the respective chairman of the committee, and, after inquiry with the official, the Board of Selectmen may either request the resignation of the official, or, remove the official from office for failure to discharge the duties of office to which the official has been appointed.
> >
> > Nothing in this policy shall be construed as to remove an official from office, if in the opinion of the Board of Selectmen, that the reasons for absence have sufficient merit and the official is expected to return to his/her duties.

The Town Administrator gave the Board an overview of the articles for the STM warrant and requested that the Board adopt the warrant with the two debt exclusion articles to be included.

The Board adopted the warrant as presented by the Town Administrator.

Upon motion made and seconded, following a discussion and a 4 to 0 vote, it was—

> VOTED: To fund $442.00 from the Prince Fund for the purchase of gift certificates and poinsettias for Veterans and their families and further;
>
> VOTED: To adopt the FY03 Schedule for Budget Planning recommended by the Town Administrator, and further;

Upon motion made and seconded, following a discussion and a 4 to 0 roll-call vote, it was—

> VOTED: To enter into executive session[1] to discuss negotiations, litigation, a grievance and a financial hardship and not to return to public session at the conclusion of the executive session.

Respectfully Submitted:

*Nancy Howlett*

Nancy Howlett, Assistant to
Board of Selectmen/Town Administrator

---

[1] The public session adjourned at 9:10 p.m. and the executive session adjourned at 9:40 p.m.